No. 62891.—Manca, Inc. *v.* United States, protest 289568–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of enlargers similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

No. 62892.—L. Batlin & Son, Inc. *v.* United States, protest 58/5498 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the issue is the same in all material respects as those the subject of *John P. Herber & Co., Inc.,* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).

No. 62893.—Ross Products, Inc. *v.* United States, protest 58/14801 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

No. 62894.—Hershey Company *v.* United States, protest 58/3090 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise is in chief value of steel, the claim of the plaintiff was sustained.